GERALDINE H. KENNEDY, Respondent, *v.* HARRY H. KENNEDY, Appellant.

Argued March 10, 1955; decided April 28, 1955.

*Alfred Rathheim, Harold M. Hoffman* and *David L. Schreiber* for appellant.

*George J. Todaro* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and BURKE, JJ.; DYE and VAN VOORHIS, JJ., dissent and vote to reverse and reinstate the order of Special Term upon the dissenting opinion of BREITEL, J., in the Appellate Division.